THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Matter
 of the Care and Treatment of Luis Lopez, Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-556
Submitted November 1, 2011  Filed
 December 9, 2011

AFFIRMED

 
 
 
LaNelle C. DuRant, of Columbia, for
 Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Attorney General Deborah R.J.
 Shupe, and Assistant Attorney General William M. Blitch, Jr., all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Luis
 Lopez appeals his civil commitment to the South Carolina Department of Mental
 Health as a sexually violent predator.  We affirm[1] pursuant
 to Rule 220(b)(1), SCACR, and the following authorities: 
1.  As to whether the
 circuit court erred in denying Lopez's motion to dismiss on the grounds that
 the proceedings violated the Interstate Agreement on Detainers Act: Rule 6(d), SCRCP (requiring "[a] written motion
 other than one which may be heard ex parte, and notice of the hearing thereof,
 shall be served not later than ten days before the time specified for the
 hearing, unless a different period is fixed by these rules or by an order of
 the court"); Dedes v. Strickland,  307 S.C. 152, 155, 414
 S.E.2d 132, 134 (1992) (finding the appellant did not receive timely
 notice of the motion and motion hearing as required by Rule 6(d), SCRCP, when
 the appellant received notice of the motion and hearing only two days before
 the hearing). 
2.  As to whether the
 circuit court erred in denying Lopez's motion for a directed verdict: Rule
 50(a), SCRCP ("When upon a trial the
 case presents only questions of law the judge may direct a verdict . . . .  A
 motion for a directed verdict shall state the specific grounds therefor."); Becker v. Wal-Mart Stores, Inc.,  339 S.C. 629, 634, 529 S.E.2d
 758, 761 (Ct. App. 2000) (finding the moving party failed to properly
 preserve the issue for review because it failed to specify any grounds for the
 motion).  
 AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.